**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Darius BRIGHTWELL, Defendant-Appellant.**

**No. 16-13045**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(February 27, 2017)

Lindsay Feinberg, Michelle Lee Schieber, Danial Edward Bennett, Tamara A. Jarrett, Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Macon, GA, for Plaintiff-Appellee

Darius Santas Brightwell, Marianna, FL, for Defendant-Appellant

Before MARTIN, ANDERSON and BLACK, Circuit Judges.

PER CURIAM:

Daniel S. Woodrum, appointed counsel for Darius Brightwell, in this direct criminal appeal, has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Brightwell's convictions and sentences are AFFIRMED.